IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DEYSI ARRIAZA,

    Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., *et al.*,

    Defendants.

CIVIL NO. 20-3073

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons set forth in the foregoing Memorandum, it is hereby ORDERED:

1. Defendant Experian Information Solutions, Inc.'s Motion to Dismiss (ECF No. 14) is GRANTED.

2. Plaintiff Deysi Arriaza shall show cause, within seven (7) days, as to why her claims against Defendant Toyota Motor Credit Corporation should not be dismissed for lack of subject matter jurisdiction.

DATED this 17 day of March, 2021.

BY THE COURT:

_____
James K. Bredar
Chief Judge