UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

Deysi Arriaza,

    Plaintiff,

    v.                                   CASE NO.: 1:20-cv-3073

Experian Information Solutions, Inc.,
Toyota Motor Credit Corporation
    Defendants.
_____ /

**JOINT STIPULATION OF DISMISSAL**
**AS TO TOYOTA MOTOR CREDIT CORPORATION**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiff and Defendant Toyota Motor Credit Corporation in the above captioned action, that any and all claims in this action are dismissed as to Toyota Motor Credit Corporation with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** March 23, 2021

| **For Plaintiff Deysi Arriaza** | **For Defendant Toyota Motor Credit Corporation** |
|---|---|
| /s/ Aryeh E. Stein<br>Aryeh E. Stein, Fed. Bar No. 24559<br>Meridian Law LLC<br>600 Reisterstown Road Suite 700<br>Baltimore, MD 21208<br>443-326-6011<br>astein@meridianlawfirm.com | /s/ Jessica Lynn Farmer<br>Jessica Lynn Farmer, Fed. Bar No. 18978<br>Holland and Knight LLP<br>800 17th St NW, Suite 1100<br>Washington, DC 20006<br>202-469-5222<br>jessica.farmer@hklaw.com |
| | |

1

## CERTIFICATE OF SERVICE

I certify that on March 23, 2021, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Aryeh E. Stein*
Aryeh E. Stein
