IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **DEYSI ARRIAZA** * | |
| Plaintiff * | |
| v. * | CIVIL NO. JKB-20-3073 |
| **EXPERIAN INFORMATION SOLUTIONS, INC., et al.** * | |
| * | |
| Defendants | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In light of the Joint Stipulation of Dismissal as to Toyota Motor Credit Corporation filed on March 23, 2021, (ECF No. 29), with the dismissal with prejudice accomplished by operation of law pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, the Court DIRECTS the Clerk to CLOSE the case.

SO ORDERED.

DATED this 23 day of March, 2021.

BY THE COURT:

/s/ James K. Bredar

James K. Bredar
Chief Judge